# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHIAD SNEAD, | : | Civil No. 1:19–CV–0841 |
| Plaintiff, | : | |
| v. | : | |
| M. STEIF, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 6th day of July, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The Government Defendants' motion for summary judgment, Doc. 55, is **GRANTED**.

2. Judgment is hereby **ENTERED** in favor of the Government Defendants (Scott Finley, R.A. Perdue, Robert Schreffler, Thomas Reisinger, Jared Sensenig, Suzanne Brown, and Ian Connors) and against Plaintiff.

3. Snead's retaliation claim against all Defendants is **DISMISSED** due to his failure to exhaust his available administrative remedies.

4. All that remains in this matter is Snead's failure to protect claim against Defendant M. Steif.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania