# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHIAD SNEAD, | : | Civil No. 1:19-CV-00841 |
| Plaintiff, | : | |
| v. | : | |
| M. STEIF, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of August, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendant Steif's motion to dismiss, Doc. 57, is **GRANTED**.

2. Plaintiff's claims against Defendant Steif are dismissed with prejudice.

3. The Clerk of the Court will **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
